**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JOE WATERS, Individually and on Behalf of All Others Similarly Situated, <br><br>  Plaintiff, <br><br> v. <br><br> LSC COMMUNICATIONS, INC., THOMAS J. QUINLAN III, M. SHÂN ATKINS, MARGARET A. BREYA, JUDITH H. HAMILTON, FRANCIS J. JULES, THOMAS F. O'TOOLE, RICHARD K. PALMER, DOUGLAS W. STOTLAR, SHIVAN S. SUBRAMANIAM, QLC MERGER SUB, INC., and QUAD/GRAPHICS, INC., <br><br> Defendants, | ) ) ) ) ) ) Civil Action No. 1:18-cv-08419 ) ) ) ) **CLASS ACTION COMPLAINT** ) **FOR VIOLATIONS OF** ) **SECTIONS 14(a) AND 20(a) OF** ) **THE SECURITIES EXCHANGE** ) **ACT OF 1934** ) ) ) ) **JURY TRIAL DEMAND** ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Joe Waters hereby voluntarily dismisses the above-captioned action (the "Action") without prejudice. Defendants have filed neither an answer nor a motion for summary judgment in the Action, and no class has been certified.

| | |
|---|---|
| Dated: August 14, 2019 | **CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP** |
| **ROWLEY LAW PLLC** <br> Shane T. Rowley <br> Danielle Rowland Lindahl <br> 50 Main Street, Suite 1000 <br> White Plains, NY 10606 <br> Tel: (914) 400-1920 <br> Fax: (914) 301-3514 <br> Email: srowley@rowleylawpllc.com <br>           drl@rowleylawpllc.com | s/ *Anthony F. Fata* <br> Anthony F. Fata <br> Christopher P.T. Tourek <br> 150 S. Wacker Drive, Suite 3000 <br> Chicago, Illinois 60606 <br> Tel: (312) 782-4880 <br> Fax: (312) 782-4485 <br> Email: afata@caffertyclobes.com <br>           ctourek@caffertyclobes.com |
| *Counsel for Plaintiff and the Proposed Class* | *Designated Local Counsel* |

## **CERTIFICATE OF SERVICE**

      I, Anthony F. Fata, an attorney, hereby certify that on August 14, 2019, service of the foregoing ***Plaintiff's Notice of Voluntary Dismissal*** was accomplished pursuant to ECF as to Filing Users and I shall comply with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.


                                    *s/ Anthony F. Fata*
                                    Anthony F. Fata